IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02449-KLM-CBS

MARGARET DENK,

    Plaintiff,

v.

PAULETTE COHRS,

    Defendant(s).

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on February 17, 2009, by Judge Robert E. Blackburn and was assigned to Magistrate Judge Kristen L. Mix on February 18, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. I note that a settlement conference has been set via Scheduling Order [#11] before Magistrate Judge Shaffer on March 25, 2009 at 1:30 p.m.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Robert E. Blackburn on November 11, 2008 [Docket No. 4], is **vacated**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 15, 2009 at 9:15 a.m. will be held by Magistrate Judge Kristen L. Mix in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

    IT IS FURTHER **ORDERED** that the Trial Preparation Conference set for January 22, 2010 and jury trial set to commence on February 8, 2010 are **vacated**. Both dates will be reset upon completion of the Final Pretrial Conference.

Dated: March 3, 2009

BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge