IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02449-KLM-CBS

MARGARET DENK,

    Plaintiff,

v.

PAULETTE COHRS,

    Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter comes before the Court on the **Stipulation for Dismissal for Plaintiff Margaret Denk's Claims Against Defendant Paulette Cohrs** [Docket No. 20; Filed April 10, 2009].  After reviewing the file in the above-captioned case, I find that the Stipulation for Dismissal should be approved and that Plaintiff Margaret Denk's claims against Defendant Paulette Cohrs should be dismissed with prejudice.  Accordingly,

    IT IS HEREBY **ORDERED** that the Stipulation for Dismissal is **APPROVED**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 15, 2009 at 9:15 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear her own attorneys' fees and costs.

Dated:  April 13, 2009

                                         BY THE COURT:

                                          s/ Kristen L. Mix
                                         KRISTEN L. MIX
                                         United States Magistrate Judge